COSMOPOLITAN FASHION CO., Respondent, v. PALMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Action by the Cosmopolitan Fashion Company against Annie M. Palmer and another. No opinion. Judgment of the municipal court reversed on argument, and new trial ordered; costs to abide the event.

CRAWFORD et al. v. FURY et al. (City Court of New York, General Term. May 28, 1900.) Action by William B. Crawford and another against John Fury and another. From a judgment in favor of plaintiffs, defendant John Fury appeals. Affirmed. Early, Heath & Stewart, for appellant. John J. Brady, for respondent.

PER CURIAM. Judgment affirmed, with costs.

DANZIGER, Respondent, v. DELINE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 24, 1900.) Action by Hiram B. Danziger, as executor, etc., against Oscar Deline, individually and as executor, etc. No opinion. Judgment affirmed, with costs. See 56 N. Y. Supp. 354.

DANZIGER et al., Respondents, v. RAUBER, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by J. Henry Danziger and another against John Rauber, impleaded, etc. No opinion. Appeal dismissed, with costs, under general rule 39.

DAVIS, Respondent, v. VALLEY ELECTRIC LIGHT CO., Appellant. (Supreme Court, Appellate Division, Third Department. November Term, 1899.) Action by Howard Davis against the Valley Electric Light Company. No opinion. Judgment affirmed, with costs.

DELAHUNTY v. INTERNATIONAL ELEVATING CO. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by James Delahunty against the International Elevating Company. No opinion. Motion granted, with $10 costs.

DEMING, Respondent, v. TERMINAL RAILWAY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by Mary D. Deming against the Terminal Railway of Buffalo and others. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted. See 63 N. Y. Supp. 615.

DEUTERMANN et al., Appellants, v. POLLOCK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1900.) Action by Charles Deutermann and others, as executors, etc., against Alexander Pollock and Samuel H. Gainsborg. No opinion. Appeal from order denying motion to postpone trial, etc., dismissed, on argument, without costs.

DE YOUNGS, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by one De Youngs against Charles E. Brown. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Burr & De Lacy, for appellant. Jeroloman & Arrowsmith, for respondent.

PER CURIAM. The precise questions raised on this appeal were decided by the appellate division of the First department in the case of Conant v. Jones (April 20, 1900) 64 N. Y. Supp. 189. For the reasons stated in the opinion in that case, the judgment appealed from must be affirmed, with costs to the respondent. Judgment affirmed, with costs to respondent.

DICKINSON, Appellant, v. EARLE, Respondent. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Charles C. Dickinson, as assignee, against Eugene M. Earle. H. D. Luce, for appellant. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DICKSTEIN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1900.) Action by Samuel Dickstein, an infant, against the Metropolitan Street-Railway Company. E. S. Griffing, for appellant. C. F. Brown, for respondent. No opinion. Judgment and order affirmed, with costs.

DOMESTIC & FOREIGN MISSIONARY SOC. OF PROTESTANT EPISCOPAL CHURCH v. GODWIN et al. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by the Domestic & Foreign Missionary Society of the Protestant Episcopal Church against Thomas S. Godwin and others. No opinion. Motion denied on payment of costs.

DONNELLY, Respondent, v. LAMBERG, Appellant. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by Richard Donnelly against Hannah Lamberg. H. A. Forster, for appellant. I. N. Hayes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re DREVET. (Supreme Court, Appellate Division, First Department. May 18, 1900.) In the matter of Ernest Drevet. No opinion. Motion granted, with $10 costs.

DUNN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. April 16, 1900.) Action by Edward Dunn against the Metropolitan Street-Railway Company to recover damages. From a judgment in favor of the plaintiff, defendant appeals. Affirmed. Henry A. Robinson (John J. Little, Jr., of counsel), for appellant. John J. Buckley, for respondent.

O'GORMAN, J. We think the judgment in this case is sufficiently supported by the proofs. The circumstance that plaintiff's horse and all of his wagon except the hind wheel crossed the track before the collision lends probability to his statement that defendant's car was almost a block away when he attempted to cross the street. If, as claimed by the defendant's wit-